**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GREAT AMERICAN ASSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.                                      Case No. 3:16-cv-372-J-32JBT

JUSTIN WILLIAMSON, RIDE
SOLUTION, INC., BROWN &
RIDING INSURANCE SERVICES,
INC., NON-PROFIT INSURANCE
SERVICES, INC., and BALLATOR
INSURANCE GROUP,

    Defendants.

## **O R D E R**

This case is before the Court on the Joint Motion for Relief from Conferring in Person about the Case Management Report. (Doc. 100). Pursuant to the Track Notice, (Doc. 2), and the Case Management Report, (Docs. 2-1; 79-1), "If all parties agree to conduct the case management conference by telephone, they may do so <u>without filing a motion with the Court</u>." (Doc. 2) (emphasis added).

Accordingly, it is hereby

**ORDERED:**

1. The Joint Motion for Relief from Conferring in Person about the Case Management Report (Doc. 100) is **DENIED as moot**.

2. The Clerk shall docket the attachment, (Doc. 100-1).

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of June, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Counsel of record